# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| JOHNNY PAUL MURRAY, | : | |
| Plaintiff | : | |
| vs. | : | |
| Sheriff IRA EDWARDS, JR., *et al.*, | : | NO. 3:11-CV-18 (CAR) |
| Defendants | : | **O R D E R** |

Plaintiff **JOHNNY PAUL MURRAY**, an inmate at the Irwin County Detention Center ("ICDC"), filed this *pro se* prisoner 42 U.S.C. § 1983 civil rights action against several Athens-Clarke County Sheriff's Department employees on February 14, 2011. Plaintiff claimed that he was denied necessary medical treatment following a March 30, 2010 transport van accident.

In an order dated February 18, 2011, this Court instructed plaintiff to submit a certified copy of his trust fund account statement. Plaintiff was expressly informed that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed. The Court's February 18th order was returned as undeliverable. As the Court had no information regarding plaintiff's whereabouts, the undersigned dismissed without prejudice the present action by order dated March 10, 2011.

On March 17, 2011, plaintiff filed what has been docketed as a motion for reconsideration (Tab # 8). In support of his motion, plaintiff states that, from February 21 to February 24, 2011, he was temporarily moved from the ICDC to the Athens-Clarke County Jail, and was not aware of the Court's February 18th order.

Plaintiff's motion to reconsider is hereby **GRANTED**. The Court now **VACATES** its order March 10th and the judgment filed on that same date, and **REOPENS** this action. Nevertheless,

plaintiff is required to submit a certified copy of his trust fund account statement for the last six months (or, if shorter, the time that plaintiff has been confined at the ICDC).

Plaintiff is further advised that his complaint is insufficient in that it does not explain the nature and extent of his injuries following the van accident, and thus his need for medical treatment. It is also unclear whether plaintiff ever received any treatment while he was confined at the Athens-Clarke County Jail and, if not, how he has been injured as a result of the denial. Plaintiff should additionally explain the involvement of each defendant in his claim. Finally, the Athens-Clarke County Sheriff's Department is not a suable entity under section 1983.

Plaintiff is therefore **ORDERED** to file a supplement wherein he elaborates on his injuries, need for medical treatment, and the specific actions of each named defendant. Plaintiff shall be given twenty-one (21) days from the date of this order to submit his supplement, along with a copy of his trust fund statement, to the Clerk of Court. If no response is timely received from plaintiff, the Court will presume that plaintiff wishes to have this case voluntarily dismissed and will dismiss the action, without prejudice. Plaintiff is advised that while this action is pending, he shall immediately inform this Court of any change of address. Failure to do so shall result in dismissal of this case.

There shall be no service of process on any defendant until further order of the Court.

**SO ORDERED**, this 23rd day of March, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

cr